**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah Riley <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 17-18014 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MIDFIRST BANK and index same on the master mailing list.

           Respectfully submitted,

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734