Certificate Number: 16339-PAE-DE-030418283

Bankruptcy Case Number: 17-18014



16339-PAE-DE-030418283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 11, 2018</u>, at <u>9:12</u> o'clock <u>PM EST</u>, <u>Deborah Riley</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 11, 2018</u>          By:  <u>/s/Kelley Tipton</u>

                                      Name:  <u>Kelley Tipton</u>

                                      Title:  <u>Certified Financial Counselor</u>