# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah Riley<br>            Debtor<br><br>MIDFIRST BANK<br>            Movant<br>    vs.<br><br>Deborah Riley<br>            Debtor<br><br>Christine C. Shubert Esq.<br>            Trustee | CHAPTER 7<br><br><br><br>NO. 17-18014 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Stipulation for Relief from the Automatic Stay of MIDFIRST BANK, which was filed with the Court on or about January 17, 2017 (Doc. No. 13)

                            Respectfully submitted,

                            **/s/ Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            Attoney for Movant
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322

January 25, 2018